IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC CHESKO,<br><br>               Plaintiff,<br>v.<br><br>STANDARD INSURANCE COMPANY<br><br>               Defendant. | Case No. 17-cv-2280-MAK |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Eric Chesko and Defendant Standard Insurance Company hereby stipulate to the voluntary dismissal of this case with prejudice. Each Party will bear their own costs and attorneys' fees in this matter.

Respectfully submitted, this 17th day of August, 2017.

/s/ Mary LeMieux-Fillery
Mary LeMieux-Fillery
MARTIN LAW LLC
1818 Market Street
35th Floor
Philadelphia, PA 19103
Tel: (215) 587-8400
Fax: (267) 765-2033
mlemieux-fillery@paworkinjury.com
**Attorney for Plaintiff**

/s/ Brooks Magratten
Brooks R. Magratten (*pro hac vice*)
PIERCE ATWOOD LLP
72 Pine Street
Providence, RI 02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com

/s/ Lee Applebaum
FINEMAN, KREKSTEIN & HARRIS, P.C.
1801 Market Street
Philadelphia, PA 19103
(215) 893-9300
(215) 893-8719 (fax)
lapplebaum@finemanlawfirm.com

**Attorneys for Defendant**
**Standard Insurance Company**