IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC CHESKO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 17-2280** |
| | : | |
| **THE STANDARD INSURANCE** | : | |
| **COMPANY** | : | |

## ORDER

**AND NOW**, this 17th day of August 2017, upon consideration of the parties' Stipulation of Dismissal (ECF Doc. No. 17), it is **ORDERED:**

1. This action is **DISMISSED WITH PREJUDICE** under agreement of counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

2. The Clerk of Court shall mark this action **CLOSED** for statistical and all other purposes.

**KEARNEY, J.**